UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 12-18794 |
| | ) | |
| MARGARET STANIEK, | ) | Honorable Janet S. Baer |
| | ) | (Kane County) |
| Debtor | ) | Chapter 13 |

## NOTICE OF MOTION

To:  Glenn B. Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532
Mike Burke, Shapiro Kreisman & Associates, LLC 2121 Waukegan Road, Suite 301, Bannockburn, IL 60015
JP Morgan Chase Bank, N.A. Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

**PLEASE TAKE NOTICE** that on the 7th day of July, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet S. Baer in Courtroom 240 in the Kane County Courthouse 100 S. 3rd St., Geneva, IL 60134, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

## CERTIFICATE OF MAILING

The undersigned, being first duly sworn on oath deposes and says that he personally served the above and foregoing notice and motion for determination of final cure and payment pursuant to Bankruptcy Rule 3002.1(h) upon the above-referenced parties, postage prepaid, on the 28th day of June, 2017, before the hour of 5:00 p.m. from 53 West Jackson Blvd., Chicago, Illinois.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois 60604
(312) 332-0267

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-18794 |
| | ) | |
| | ) | |
| MARGARET STANIEK, | ) | Honorable Janet S. Baer |
| | ) | (Kane) |
| | ) | |
| Debtor | ) | Chapter 13 |

## MOTION OF DEBTOR, MARGARET STANIEK, FOR DETERMINATION OF FINAL CURE AND PAYMENT PURSUANT TO BANKRUPTCY RULE 3002.1(h)

NOW COMES the Debtor, Margaret Staniek ("Debtor"), by and through her attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and as and for her motion for determination of final cure and payment, states as follows:

1. On May 8, 2012, the Debtor filed a voluntary petition pursuant to Chapter 13 of Title 11, United States Code ("Case").

2. On June 27, 2013, an order was entered confirming the Debtor's modified Chapter 13 plan ("Plan").

3. The Plan provided for monthly payments of $2,161.92 for sixty (60) months, with secured claims being paid a 100% dividend and unsecured creditors being paid a minimal dividend, if any.

4. On May 19, 2017, the Chapter 13 Trustee, Glenn B. Stearns ("Trustee"), filed a notice of payment of final mortgage cure ("Notice") pursuant to Rule 3002.1(f) of the Federal Rules of Bankruptcy Procedure ("FRBP"). A copy of the Notice is attached hereto as Exhibit A and made a part hereof.

5. On June 8, 2017, pursuant to FRBP 3002.1(g), JP Morgan Chase Bank, N.A. ("Chase") filed its statement ("Statement") in response to the Notice as a supplement to its proof

of claim. A copy of the Statement is attached hereto as Exhibit B and made a part hereof.

6. The Statement agrees with the Notice that the Debtor paid the pre-petition arrearage claim, but alleges a post-petition default in mortgage payments.

7. The Statement alleges that a post-petition default exists in the total amount of $24,423.18.

8. The schedule of amounts outstanding appended to the Statement asserts a default in the monthly payment of $5,161.94 for the period of February 1, 2017 through June 1, 2017. After giving the Debtor credit for a "suspense balance" of $1,386.52, the total claimed post-petition default is $24,423.18.

9. The Debtor asserts that the post-petition mortgage payments for the months of February, 2017 through June, 2017, have been paid. Copies of checks in evidence of the post-petition mortgage payment for those months is attached hereto as Exhibit C and made a part hereof.

10. Pursuant to FRBP 3002.1(h), the Debtor herewith files her request for the Court to determine that all post-petition mortgage payments have been made.

11. On June 14, 2017, an order of discharge was entered.

WHEREFORE, the Debtor, Margaret Staniek, prays the Honorable Court enter an order determining that all post-petition mortgage payments have been made by the Debtor and for such

other and further relief as the Court may deem just and proper.

                              Respectfully submitted,

                              Margaret Staniek, Debtor

                              By:  /s/ Joel A. Schechter

                              Her Attorney


Joel A. Schechter
Attorney No. 03122099
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois 60604
(312) 332-0267