UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | Janet S. Baer | Hearing Date | July 7, 2017 |
| Bankruptcy Case | 12 B 18794 | Adversary No. | |

Title of Case: Margaret Staniek

Brief Statement of Motion: Motion for Determination of Final Cure and Mortgage Payment ( # 111 on dkt)

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED, Response is due on or before 8/4/17; Reply to Response is due on or before 8/18/17. Status is set for 9/8/17 at 10:00 a.m. before Judge Baer in courtroom 240.

/s/ Janet S. Baer

JUDGE JANET S. BAER
UNITED STATES BANKRUPTCY COURT