UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Chapter 13 |
| MARGARET STANIEK, | ) | |
| | ) | Case No. 12-18794 |
| Debtor. | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |

**NOTICE OF MOTION**

TO:   See attached Certificate of Service

   PLEASE TAKE NOTICE that on Friday, August 11 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Janet S. Baer, or any judge sitting in her stead, in courtroom 240, in the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134 and shall then and there present **JPMORGAN CHASE BANK, N.A.'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO REPOND TO DEBTOR'S MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT,** a copy of which is hereby served upon you.

Dated: August 4, 2017

Respectfully submitted,
JPMORGAN CHASE BANK, N.A.


By:   /s/ Tiffany L. Sorge Smith
   One of Its Attorneys

Tiffany L. Sorge Smith (ARDC #6293842)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 21st Floor
Chicago, Illinois  60611-3607
Tel:  (312) 840-7000
Fax:  (312) 840-7900
tsorgesmith@burkelaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Chapter 13 |
| MARGARET STANIEK, | ) | |
| | ) | Case No. 12-18794 |
| Debtor. | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |

**JPMORGAN CHASE BANK, N.A.'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO REPOND TO DEBTOR'S MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT**

NOW COMES JPMorgan Chase Bank, N.A. ("Chase") by and through its attorneys, and hereby moves the Court pursuant to Federal Rule of Bankruptcy Procedure 9006 for an extension of time to respond to Debtor Margaret Staniek's ("Debtor") Motion for Determination of Final Cure and Payment Pursuant to Bankruptcy Rule 3002.1(h) (Dkt. 111) ("Motion for Determination"). In support of this Motion, U.S. Bank states as follows:

1. On May 8, 2012, Debtor filed her voluntary petition pursuant to Chapter 13. (Dkt. 1.)

2. On May 19, 2017, Chapter 13 Trustee, Glenn B. Stearns ("Trustee"), filed a Notice of Final Cure Mortgage Payment pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f). (Dkt. 99).

3. On June 8, 2017, Chase filed its Statement pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g) in response to the Trustee's Notice of Final Cure Mortgage Payment.

4. On June 28, 2017, Debtor filed her Motion for Determination. (Dkt. 111.)

5. On July 7, 2017, the Court entered an order allowing Chase until August 4, 2017 to file its response to the Debtor's Motion for Determination; allowing the Debtor until August 18, 2017 to file her reply; and setting the matter for status on September 8, 2017. (Dkt. 115.)

6. Chase is in the process of preparing its response to Debtor's Motion for Determination, but requires additional time to gather and analyze additional information necessary to sufficiently complete its response.

7. Accordingly, Chase respectfully requests a seven (7) day extension of time, to August 11, 2017, to file its response to Debtor's Motion for Determination.

8. Chase requests Debtor also be granted a corresponding seven (7) day extension of time, to August 25, 2017, to file her reply in support of her Motion for Determination. The parties propose that the status date of September 8, 2017 stand.

9. Counsel for Chase has conferred with Debtor's counsel, who does not object to the requested extension of time.

10. Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, a motion to extend time is properly granted by the Court in its discretion for cause shown.

11. Chase has demonstrated good cause, as set forth above, for the requested seven (7) day extension of time for both Chase to file its response to Debtor's Motion for Determination, and for Debtor to file her reply in support of same.

12. This Motion is made in good faith by Chase and is not for the purposes of delay.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests an additional seven (7) days, to August 11, 2017, to file its response to Debtor's Motion for Determination, a corresponding seven (7) day extension of time, to August 25, 2017, for Debtor to file her reply in

support of her Motion for Determination, and for such other relief the Court deems just and appropriate.

Dated: August 4, 2017 

Respectfully submitted,
JPMORGAN CHASE BANK, N.A.

By: /s/ Tiffany L. Sorge Smith
One of Its Attorneys

Tiffany L. Sorge Smith (ARDC #6293842)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 21st Floor
Chicago, Illinois  60611-3607
Tel:  (312) 840-7000
Fax:  (312) 840-7900
tsorgesmith@burkelaw.com

## CERTIFICATE OF SERVICE

  The undersigned, an attorney representing JPMorgan Chase Bank, N.A. hereby certifies that he caused a true and correct copy of the foregoing **JPMORGAN CHASE BANK, N.A.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPOND TO DEBTOR'S MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT** to be electronically filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, by filing through the CM/ECF system, which served a copy of the foregoing upon the following parties of record on August 4, 2017:

| | |
|---|---|
| U.S. Trustee | Carolyn A Suzzi |
| Patrick S Layng | Glenn B Stearns |
| Office of the U.S. Trustee, Region 11 | Glenn Stearns Ch. 13 Trustee |
| 219 S Dearborn St | 801 Warrenville Road |
| Room 873 | Suite 650 |
| Chicago, IL 60604 | Lisle, IL 60532 |

Joel A Schechter, ESQ
Law Offices Of Joel Schechter
53 W Jackson Blvd Ste 1522
Chicago, IL 60604

                    /s/ Tiffany L. Sorge Smith