UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF<br>MARGARET STANIEK,<br><br>                Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 13<br><br>Case No. 12-18794<br><br>Hon. Janet S. Baer |

**JPMORGAN CHASE BANK, N.A.'S RESPONSE TO DEBTOR'S MOTION FOR DETERMINATION OF**
<u>**FINAL CURE AND PAYMENT**</u>

NOW COMES JPMorgan Chase Bank, N.A. ("Chase") by and through its attorneys, and hereby responds to Debtor Margaret Staniek's ("Debtor") Motion for Determination of Final Cure and Payment Pursuant to Bankruptcy Rule 3002.1(h) (Dkt. 111) ("Motion for Determination") as follows:

1. On May 8, 2012, the Debtor filed her voluntary petition pursuant to Chapter 13. (Dkt. 1.)

2. On May 19, 2017, Chapter 13 Trustee, Glenn B. Stearns ("Trustee"), filed a Notice of Final Cure Mortgage Payment pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f). (Dkt. 99).

3. On June 8, 2017, Chase filed its Statement pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g) in response to the Trustee's Notice of Final Cure Mortgage Payment. (*See* Dkt. 111, Ex. B.) The Statement indicatesd that Chase agrees that the Debtor paid in full the amount required to cure the pre-petition arrearages, but disagrees that the Debtor is current with respect to the post-petition payments due. The Statement further indicates that the total post-petition amount due is $24,423.18, representing five post-petition mortgage payments from February 1, 2017 through June 1, 2017. (*Id.*)

4. On June 14, 2017, the Court entered an Order of Discharge. (Dkt. 106).

5. On June 28, 2017, the Debtor filed her Motion for Determination. (Dkt. 111.) In her motion, the Debtor asserts that post-petition mortgage payments for February through June 2017 have been paid.

6. Chase has reexamined its records relating to Debtor's account, and has determined that the Debtor's actual post-petition delinquency is $8,997.32 as of the filing of this Response.

7. During the course of the bankruptcy, the Debtor failed to make post-petition mortgage payments due June 1, 2012, April 1, 2014, and August 1, 2014.

8. As a result, the Debtor was behind in payments at the time the Trustee filed the Notice of Final Cure Mortgage Payment on May 19, 2017 (Dkt. 99).

9. The Debtor is currently past due for post-petition mortgage payments due July 1, 2017 and August 1, 2017.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests that the Court make a determination that the Debtor's current post-petition delinquency is $8,997.32, and for such other relief the Court deems just and appropriate.

Dated: August 11, 2017

Respectfully submitted,
JPMORGAN CHASE BANK, N.A.

By:  /s/ Tiffany L. Sorge Smith
     One of Its Attorneys

Tiffany L. Sorge Smith (ARDC #6293842)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 21st Floor
Chicago, Illinois  60611-3607
Tel: (312) 840-7000
Fax: (312) 840-7900
tsorgesmith@burkelaw.com

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney representing JPMorgan Chase Bank, N.A. hereby certifies that he caused a true and correct copy of the foregoing **JPMORGAN CHASE BANK, N.A.'S RESPONSE TO DEBTOR'S MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT** to be electronically filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, by filing through the CM/ECF system, which served a copy of the foregoing upon the following parties of record on August 11, 2017:

| | |
|---|---|
| U.S. Trustee | Carolyn A Suzzi |
| Patrick S Layng | Glenn B Stearns |
| Office of the U.S. Trustee, Region 11 | Glenn Stearns Ch. 13 Trustee |
| 219 S Dearborn St | 801 Warrenville Road |
| Room 873 | Suite 650 |
| Chicago, IL 60604 | Lisle, IL 60532 |

Joel A Schechter, ESQ
Law Offices Of Joel Schechter
53 W Jackson Blvd Ste 1522
Chicago, IL 60604

                                                                       /s/ Tiffany L. Sorge Smith