UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Chapter 13 |
| MARGARET STANIEK, | ) | |
| | ) | Case No. 12-18794 |
| Debtor. | ) | |
| | ) | Hon. Janet S. Baer |
| | ) | |

**JPMORGAN CHASE BANK, N.A.'S SUPPLEMENTAL STATEMENT IN RESPONSE TO DEBTOR'S MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT**

NOW COMES JPMorgan Chase Bank, N.A. ("Chase") by and through its attorneys, and hereby submits its supplemental statement in response to Debtor Margaret Staniek's ("Debtor") Motion for Determination of Final Cure and Payment Pursuant to Bankruptcy Rule 3002.1(h) (Dkt. 111) ("Motion for Determination"):

1.   On May 8, 2012, the Debtor filed her voluntary petition pursuant to Chapter 13. (Dkt. 1.)

2.   On May 19, 2017, Chapter 13 Trustee, Glenn B. Stearns ("Trustee"), filed a Notice of Final Cure Mortgage Payment pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f). (Dkt. 99).

3.   On June 8, 2017, Chase filed its Statement pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g) in response to the Trustee's Notice of Final Cure Mortgage Payment.  (*See* Dkt. 111, Ex. B.)  The Statement indicated that Chase agrees that the Debtor paid in full the amount required to cure the pre-petition arrearages, but disagrees that the Debtor is current with respect to the post-petition payments due.  The Statement further indicates that the total post-petition amount due was $24,423.18, representing five post-petition mortgage payments from February 1, 2017 through June 1, 2017.  (*Id.*)

4.   On June 14, 2017, the Court entered an Order of Discharge.  (Dkt. 106).

5.   On June 28, 2017, the Debtor filed her Motion for Determination.  (Dkt. 111.)  In her motion, the Debtor asserts that all post-petition mortgage payments due at the time had been paid.

6.   On August 11, 2017, Chase submitted its Response to Debtor's Motion for Determination ("Response").  (Dkt. 123.)

7.   On August 25, 2017, the Debtor filed her Reply in support of her Motion for Determination.  (Dkt. 126.)

8.   On September 8, 2017, the Court held a hearing on Debtor's Motion for Determination.  At that hearing, the Court requested that Chase submit a supplemental statement further explaining the Debtor's post-petition default amount as set forth in Chase's Response.

9.   Chase stated in its Response that after reexamining its records, Chase determined that Debtor's post-petition delinquency was $8,997.32 as of the filing of the Response, which reflected the application of certain credits to the account.  Chase explained that the delinquency was caused by the Debtor's failure to make post-petition mortgage payments due June 1, 2012, April 1, 2014, and August 1, 2014.  The amounts of those missed payments break down as follows:

- Payment was due for June 1, 2012 in the amount of $4,829.77 ($2,893.35 principal and interest + $1,846.42 escrow).  A credit in the amount of $1,799.77 was made when the payment amounts were adjusted due to the Debtor's confirmed plan, reducing the payment due to $3,030.00.

- Payment was due for April 1, 2014 in the amount of $4,863.38 ($2,951.12 principal and interest + $1,912.26 escrow).

- Payment was due for August 1, 2014 in the amount of $4,863.38 ($2,951.12 principal and interest + $1,912.26 escrow).

10. Though the Debtor continued making mortgage payments throughout the course of the bankruptcy, the missed payments caused a cascade effect whereby the Debtor did not make sufficient payments to bring her account current.  As a result, the Debtor was behind in payments

at the time the Trustee filed the Notice of Final Cure Mortgage Payment on May 19, 2017 (Dkt. 99). Because Debtor's payments are applied to the outstanding amount due at the time they are made, even with the payments the Debtor made by the time Chase filed its Response, Debtor was still past due for post-petition mortgage payments in the amount of $8,997.32 because her payments to date were insufficient to rectify the delinquency caused by the missed payments. Consequently, the Debtor's payments only brought the loan current through June 2017, thus payments remained due for July 1, 2017 and August 1, 2017.

11. Between the filing of Chase's Response and the filing of this Statement, the Debtor made another payment in the amount of $5,161.94. Consequently, the outstanding post-petition delinquency at the time of the filing of this Statement is $8,997.34, and the payments the Debtor has made to date bring the loan current through July 2017, and due for August 1, 2017 and September 1, 2017 payments. The $8,997.34 delinquency equals the amount of the two payments due for August 1, 2017 and September 1, 2017, minus the amount in suspense that will be applied to the account, which breaks down as follows:

- Payment due for August 1, 2017 in the amount of $5,161.94 ($3,048.83 principal and interest + $2,113.11 escrow).

- Payment due for September 1, 2017 in the amount of $5,161.94 ($3,048.83 principal and interest + $2,113.11 escrow).

   TOTAL = $10,323.88 ($6,097.66 principal and interest + $4,226.22 escrow)

   MINUS SUSPENSE = $ 1,326.54

   NET TOTAL DEFICIENCY = $ 8,997.34

12. Consequently, due to the Debtor's three earlier missed payments, which caused her to fall behind and created a delinquency that has not been rectified, the current post-petition delinquency is $8,997.34 as detailed above.

13. To date, the Debtor has not provided proof that the June 1, 2012, April 1, 2014, or August 1, 2014 missed payments were received or posted by Chase.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests that the Court make a determination that the Debtor's current post-petition delinquency is $8,997.34, and for such other relief the Court deems just and appropriate.

Dated: September 22, 2017

Respectfully submitted,
JPMORGAN CHASE BANK, N.A.

By:    /s/ Tiffany L. Sorge Smith
        One of Its Attorneys

Tiffany L. Sorge Smith (ARDC #6293842)
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue, 21st Floor
Chicago, Illinois  60611-3607
Tel:  (312) 840-7000
Fax:  (312) 840-7900
tsorgesmith@burkelaw.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney representing JPMorgan Chase Bank, N.A. hereby certifies that he caused a true and correct copy of the foregoing **JPMORGAN CHASE BANK, N.A.'S SUPPPLEMENTAL STATEMENT IN RESPONSE TO DEBTOR'S MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT** to be electronically filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, by filing through the CM/ECF system, which served a copy of the foregoing upon the following parties of record on September 22, 2017:

U.S. Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Joel A Schechter, ESQ
Law Offices Of Joel Schechter
53 W Jackson Blvd Ste 1522
Chicago, IL 60604

Carolyn A Suzzi
Glenn B Stearns
Glenn Stearns Ch. 13 Trustee
801 Warrenville Road
Suite 650
Lisle, IL 60532

/s/ Tiffany L. Sorge Smith