UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 12-18794 |
|---|---|---|
| MARGARET STANIEK, | ) | Chapter: 13 |
|  | ) | Honorable Janet S. Baer |
|  | ) | Kane |
| Debtor(s) | ) |  |

## ORDER DETERMINING THAT ALL POST-PETITION MORTGAGE AMOUNTS HAVE BEEN PAID

This matter coming on for hearing on the motion of debtor Margaret Staniek (the "Debtor") for the entry of an order pursuant to Bankruptcy Rule 3002.1(h) of the Federal Rules of Bankruptcy Procedure ("FRBP") determining that all required post-petition mortgage amounts have been paid and the response thereto filed by JP Morgan Chase Bank, N.A. ("Chase"), the reply filed by the Debtor, the supplemental statement filed by Chase, and the reply filed by the Debtor to Chase's supplemental statement; due notice having been served upon all parties in interest; and the Court having jurisdiction, being fully advised in the premises, having reviewed the various pleadings, and having heard arguments of respective counsel.

NOW THEREFORE, for the reasons stated in open Court on October 20, 2017, it is hereby ordered as follows:

1. The Debtor's motion is granted as set forth herein.

2. Chase is precluded from presenting any further evidence in support of its allegation that the Debtor is in default of post-petition mortgage amounts pursuant to FRBP 3002.1(i).

3. Pursuant to FRBP 3002.1(h), the Debtor has paid to Chase all required post-petition amounts.

Enter:

*/s/ Janet S. Baer*
United States Bankruptcy Judge

Dated: 10/23/17

**Prepared by:**
Joel A. Schechter
Attorney No. 3122099
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267

Rev: 20130104_bko